# United States District Court
# For The Western District of North Carolina
# Statesville Division

LARRY GENE THOMPSON,

       Petitioner,                          JUDGMENT IN A CIVIL CASE

vs.                                        CASE NO. 5:07CV120-2-MU

UNITED STATES OF AMERICA,

       Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 5, 2007, Order.

                                        Signed: November 5, 2007

                                        Frank G. Johns, Clerk
                                        United States District Court